I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:

Plaintiff on 10-02-2015 by TS



FILED
CLERK, U.S. DISTRICT COURT

October 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAELYNN ROJAS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. ED CV 14-02424-DFM<br><br>ORDER TO SHOW CAUSE |

　　　On August 7, 2015, the Court ordered Plaintiff to serve and file her motion for judgment on the pleadings within forty-two (42) days. Dkt. 18 at 1. Plaintiff's deadline to file her motion for judgment on the pleadings was thus September 18, 2015. Plaintiff's deadline has passed and no motion has been filed. Nor has Plaintiff sought an extension of time.

　　　Accordingly, <u>on or before October 23, 2015</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the

Court's prior order; or (b) serve and file her motion for judgment on the pleadings in the format specified in the Court's August 7, 2015 Order. Plaintiff is expressly forewarned that if she fails to do either, the Court will deems such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: October 2, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge