JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAELYNN ROJAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. ED CV 14-02424-DFM<br><br>JUDGMENT |

In accordance with the Order re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 20, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge